**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Mark Hill, Jr.<br>Plaintiff<br>v.<br>City of Aurora et al.<br>Defendants | Case Number:<br>08cv1496<br>Filed: 03/12/08   AEE<br>JUDGE KENDALL<br>MAG. JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Mark Hill, Jr

| |
|---|
| NAME (Type or print)<br>Erica Faaborg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Erica Faaborg |
| FIRM<br>Law Offices of Blake Horwitz |
| STREET ADDRESS<br>155 N. Michigan Ave., Suite 723 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291537 | TELEPHONE NUMBER<br>(312) 616-4433 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐