AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

MARK HILL JR.,

    Plaintiff,

v.

OFFICER R. DASE #116, OFFICER B. HANDELL #235, OFFICER R. MILLER, and the CITY OF AURORA,

    Defendants.

**SUMMONS IN A CIVIL CASE**

Case No:
Assigned Judge:

Designated
Magistrate Judge:

**08 C 1496**

**JUDGE KENDALL**
**MAGISTRATE JUDGE KEYS**

To: Officer R. Dase #116
C/o City Clerk's Office
44 E. Downer, 2nd Floor
Aurora, IL 60507

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Blake Horwitz
    LAW OFFICES OF BLAKE HORWITZ, LTD.
    155 N. Michigan, #723
    Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) Deputy Clerk

_____
Date

**Michael W. Dobbins, Clerk**

*/s/ Anija Ellis*

**(By) DEPUTY CLERK**

**March 13, 2008**
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | Date | 3/19/08 |
| NAME OF SERVER (PRINT) Dirk Nishibayashi | TITLE | Arrow Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: Delivered via Hand delivery to City of Aurora c/o City Clerk 44 E. Downer 2nd fl. Aurora, IL 60507

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 3/19/08
Date

Signature of Server

1322 W. Walton Chicago, IL 60622
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.