IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK HILL JR., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER R. DASE #116, OFFICER B. HANDELL #235, OFFICER R. MILLER, and the CITY OF AURORA, <br><br> Defendants. | Judge Kendall <br> Magistrate Judge Keys <br><br> No. 08-c-1496 |

## NOTICE OF FILING

I hereby certify that on May 29, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

JOINT STATUS REPORT and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Erica E. Faaborg            efaaborg@hrbattorneys.com

Blake Wolfe Horwitz         bhorwitz@hrbattorneys.com, lobh@att.net

John B. Murphey             jmurphey@rmcj.com, cdavis@rmcj.com, ddoty@rmcj.com

Yancey Lewis Pinkston , Jr  ypinkston@rmcj.com

                                        s/Erica Faaborg
                                        Erica Faaborg
                                        Horwitz, Richardson & Baker LLC
                                        20 S. Clark, Suite 500
                                        Chicago, Illinois  60603
                                        Tel: (312) 676-2100
                                        Fax: (312) 372-7076