UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Mark Hill Jr.
       Plaintiff,

v.               Case No.: 1:08−cv−01496
                Honorable Virginia M. Kendall

R. Dase, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

   MINUTE entry before the Honorable Virginia M. Kendall: Initial Status hearing held 6/4/2008. Defendant fails to appear. Fact discovery ordered closed 9/19/2008. Plaintiff's expert disclosures due 10/17/2008. Defendants expert disclosures due 11/14/2008. Dispositive motions with supporting memoranda due 12/8/2008; responses due 1/5/2009; replies due 1/19/2009. Jury Trial set for 4/20/2009 at 9:15 AM. Status hearing set for 9/22/2008 at 9:00 AM. Mailed notice(kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.